[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13388
Non-Argument Calendar
_____

D.C. Docket No. 8:10-cv-02436-SDM-MAP

KRISTY SCHWADE,

Plaintiff - Appellee,

versus

TOTAL PLASTICS, INC.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 30, 2013)

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Total Plastics, Inc. appeals from the denial of their motion for attorney's

fees. Both parties agree that this court must review the district court's order under

an abuse of discretion standard. Having reviewed this record and considered the

briefs of the parties, we cannot say the district court abused its discretion in denying the motion for attorney's fees.

**AFFIRMED.**